*In re* **CARLSON**, Dale Alan (MR 19463)
Harvard, IL

Order of the Court:

The motion by Dale Alan Carlson to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **COSGROVE**, Thomas Gerard (MR 19629)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent Thomas Gerard Cosgrove is censured, as recommended by the Review Board.
Fitzgerald, J., took no part.